# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 25, 2011

No. 08-30354
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

KELVIN D JOSHUA,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 1:97-CR-10012-1

Before JOLLY, GARZA, and STEWART, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Kelvin D. Joshua in his proceeding pursuant to 18 U.S.C. § 3582(c)(2) moved for leave to withdraw and filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Joshua has not filed a response.

During the pendency of this appeal, Joshua completed his sentence of imprisonment and began a term of supervision. The appeal is, therefore, moot. *See United States v. Boston*, No. 08-10341, 2011 WL 1057563, at *1–2 (5th Cir. Mar. 23, 2011) (unpublished). The appeal is dismissed and counsel's motion to withdraw is denied as unnecessary.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 08-30354

APPEAL DISMISSED; MOTION DENIED.